# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

| | |
|---|---|
| United States of America <br> v. <br> Anthony Lewis Glenn | Case No: 5:98-CR-23-1F <br> USM No: 17534-056 |
| Date of Original Judgment: February 25, 1999 <br> Date of Previous Amended Judgment: August 6, 2009 <br> *(Use Date of Last Amended Judgment if Any)* | Cindy Popkin-Bradley <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  188  months **is reduced to**  120 months in Count 2.

The court upwardly departed one offense level to reflect Glenn's egregious obstructive conduct. This resulted in an offense levels of 23 and a guideline range of 92 to 115 months. However, due to the minimum sentence required by statute, a sentence of 120 months was imposed in Count 2. A sentence of 120 months remains in effect for Count 1 and a 60-month consecutive sentence remains in effect for Count 3.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated February 25, 1999, and August 6, 2009 shall remain in effect. **IT IS SO ORDERED.**

Order Date:   1/14/13

Effective Date: _____
*(if different from order date)*

_____
*Judge's signature*

James C. Fox, Senior U.S. District Judge
*Printed name and title*

EDNC Rev. 11/8/2011