# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**U.S.A. vs. Anthony Lewis Glenn**                               **Docket No. 5:98-CR-23-1F**

### Petition for Action on Supervised Release

COMES NOW Robert L. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Anthony Lewis Glenn, who, upon a finding of guilt by jury to Felon in Possession of Firearm, in violation of 18 U.S.C. § 922(g); Possession with Intent to Distribute Crack Cocaine, in violation of 21 U.S.C. § 841(a)(1); and Carrying Firearm During Drug Trafficking, in violation of 18 U.S.C. § 924 (c), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on February 25, 1999, to the custody of the Bureau of Prisons for a term of 295 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 96 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

3. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

Additionally, the defendant was ordered to pay restitution in the amount of $1,222.35, a fine of $14,700.00, and a special assessment of $300.00.

On August 6, 2009, the imprisonment sentence was reduced to 188 months in count 2 pursuant to 18 U.S.C. § 3582(c)(2). Again on January 14, 2013, the imprisonment sentence was reduced to 120 months in count 2 pursuant to 18 U.S.C. § 3582(c)(2).

Anthony Lewis Glenn was released from custody on January 16, 2013, at which time the term of supervised release commenced.

Anthony Lewis Glenn
Docket No. 5:98-CR-23-1F
Petition For Action
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant resides and is supervised in the Middle District of North Carolina, and the probation officer is recommending the conditions of supervised release be modified by setting the monthly payment amount at $25.00.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision. Additionally, the probation officer in the Middle District of North Carolina has requested a transfer of jurisdiction. If you concur, an order is attached for your signature.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of the term of supervised release, the defendant shall make payments in equal, monthly installments of $25.00 to begin on July 1, 2013, and continue throughout the entire term of supervised release or until paid in full.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: May 3, 2013

**ORDER OF COURT**

Considered and ordered this 3 day of May, 2013, and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge